IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PHILLIP M. SMITH and wife,
SOPHIA SMITH,

    Plaintiffs,

vs.

MERCK & CO., INC.;
EXPRESS SCRIPTS, INC.;
SARAH C. CAPOCACCIA;
STEPHANIE B. ISON;
JENNIFER PACE,
CRAIG BRELAND; and
EDWYNA R. BONNER

    Defendants.

Case No.: 2:05-cv-02775-JPM-tmp

## ORDER REGARDING STAY

Defendant Merck & Co., Inc. having moved for a stay of all proceedings pending transfer of the case to the transferee court in the Vioxx® MDL, and Plaintiffs having filed a response seeking to limit the scope of any stay to matters other than those related to the determination of the issue of subject matter jurisdiction, as raised by Plaintiffs' Motion to Remand, and the Court being of the opinion that there is merit to determining the issue of subject matter jurisdiction before the case is transferred to the MDL Court, it is ORDERED:

Merck's motion to stay is GRANTED in part and DENIED in part; these proceedings will be stayed except that proceedings reasonably related to the issues raised by Plaintiffs' Motion to Remand are not included within the scope of this stay and the parties will be permitted to engage in discovery and to submit evidence with respect to those issues.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

Signed this the ___1___ day of ___Nov.___, 2005.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02775 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

John R. Cannon
SHUTTLEWORTH SMITH MCNABB & WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

James L. Wright
JACKS LAW FIRM
111 Congress Ave. Ste. 1010
Austin, TX 78701

Honorable Jon McCalla
US DISTRICT COURT